# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF TENNESSEE NORTHERN DIVISION

**In Re:**

| | |
|---|---|
| **Christopher Wallace Speers** | **Case No. 3:17-bk-31638-SHB** |
| **Heather Ann Speers** | **Chapter 13** |
| **Debtors** | |

## MOTION TO DISMISS CHAPTER 13 CASE

The Debtors, Christopher Wallace Speers and Heather Ann Speers, by and through counsel, represent as follows:

1. That the Debtors, Christopher Wallace Speers and Heather Ann Speers, are no longer able to comply with the Chapter 13 Plan or no longer desire to remain in Chapter 13 Bankruptcy.

2. That this Chapter 13 case has not been converted to Chapter 13 from another Chapter of Title 11.

3. That a copy of this Motion has on this date been sent to the Chapter 13 Trustee serving in this case.

WHEREFORE, under Bankruptcy Rules 1017(d) and 9014, the Debtors, Christopher Wallace Speers and Heather Ann Speers, move this Honorable Court to enter an Order dismissing this case.

**CHRISTOPHER WALLACE SPEERS
HEATHER ANN SPEERS**

/s/ Zachary S. Burroughs
Zachary S. Burroughs, #025896
Clark & Washington, LLC
Attorneys for Debtors
408 S. Northshore Drive
Knoxville, TN 37919
(865) 281-8084 (phone)
(865) 862-8967 (fax)
cwknoxville@cw13.com

Dated: December 27, 2018

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and exact copies of the foregoing Motion to Dismiss Chapter 13 Case and Proposed Order have been forwarded to the following by depositing in the U.S. Mail, postage prepaid, and/or Electronic Case Filing (ECF) on December 27, 2018.

| | |
|---|---|
| Office of United States Trustee<br>Howard H. Baker Jr. U.S. Courthouse<br>800 Market Street, Suite 114<br>Knoxville, TN 37901 | (ECF) |
| Gwendolyn Kerney<br>Chapter 13 Trustee<br>P.O. Box 228<br>Knoxville, TN 37901 | (ECF) |
| Christopher & Heather Speers<br>8513 Coppock Road<br>Corryton, TN 37721 | (US MAIL) |
| See attached list of creditors | (US MAIL) |

/s/ Zachary S. Burroughs, #025896
Attorney at Law

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0649-3<br>Case 3:17-bk-31638-SHB<br>Eastern District of Tennessee<br>Knoxville<br>Thu Dec 27 09:22:05 EST 2018 | 3<br>United States Bankruptcy Court<br>Howard H. Baker Jr. U.S. Courthouse<br>Suite 330, 800 Market Street<br>Knoxville, TN 37902-2343 | AMS Servicing Group<br>PO Box 3176<br>Winston Salem, NC 27102-3176 |
| Ad Astra Recovery Services<br>3611 N. Ridge Rd. #104<br>Wichita, KS 67205-1214 | Advance Financial<br>4861 N. Broadway<br>Knoxville, TN 37918-1708 | Asset Realty Management<br>4420 Whittle Springs Road<br>Knoxville, TN 37917-1513 |
| CCS Collections<br>2 Wells Ave<br>Newton Center, MA 02459-3246 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Clark & Washington LLC<br>3300 Northeast Expressway<br>Bldg 3 Ste A<br>Atlanta, GA 30341-3932 |
| Convergent Outsourcing<br>500 SW 7th St<br>Building A 100<br>Renton, WA 98057-2983 | Credit Central<br>100 E North Street, Ste. 15<br>Greenville, SC 29601-2110 | Credit Central LLC<br>700 E North St Ste 15<br>Greenville, SC 29601-3013 |
| Department of Education<br>50 United Nations Plaza<br>Mailbox 1200,  Suite 1273<br>San Francisco, CA 94102-4918 | Department of Education<br>PO Box 5609<br>Greenville, TX 75403-5609 | Diversified Consultants Inc.<br>10550 Deerwood Park Blvd.<br>Jacksonville, FL 32256-2805 |
| Educational Funding<br>1601 N Palm Ave<br>Hollywood, FL 33026-3242 | First Choice Bank/FCB LLC<br>4422 Route 27, Bldg. C<br>PO Box 472<br>Kingston, NJ 08528-0472 | First Premier<br>3820 N Louise Avenue<br>Sioux Falls, SD 57107-0145 |
| IC Systems<br>444 Highway 96E<br>Saint Paul, MN 55127-2557 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Joanna Treals<br>2075 Lonsome Spur Drive<br>Reno, NV 89521-4319 |
| KUB<br>P.O. BOX 59017<br>Knoxville, TN 37950-9017 | Knox County General Sessions Court<br>Attn Wanda<br>300 Main Street Room 318<br>Knoxville, TN 37902-1851 | Kohls/Capital One<br>PO Box 3115<br>Milwaukee, WI 53201-3115 |
| LVNV Funding LLC<br>PO Box 10497<br>MS 576, Ste. 110<br>Greenville, SC 29603-0497 | LVNV Funding, LLC its successors and assigns<br>assignee of Bluestem Brands, Inc.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC its successors and assigns<br>assignee of Capital One Bank (USA), N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Galaxy International Purchasing LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |

| | | |
|---|---|---|
| Renasant Bank<br>329 E. Broadway<br>Maryville, TN 37801 | Renasant Bank<br>ATTN: Bankruptcy Dept<br>P.O. Box 4140<br>Tupelo, MS 38803-4140 | South College<br>P.O. Box 848360<br>Pembroke Pines, FL 33084-0360 |
| South College<br>PO Box 848360<br>Hollywood, FL 33084-0360 | Speedy/Rapid Cash<br>PO BOX 780408<br>Wichita KS 67278-0408 | Sprint<br>P.O. Box 541023<br>Los Angeles, CA 90054-1023 |
| Stellar Recovery<br>1845 US Hwy 93 S<br>Suite 310<br>Kalispell, MT 59901-5721 | Sunrise Acceptance<br>PO Box 2577<br>Cleveland, TN 37320-2577 | Tek-Collect<br>PO Box 1269<br>Columbus, OH 43216-1269 |
| U.S. Department of Education<br>C/O Nelnet<br>121 South 13th Street, Suite 201<br>Lincoln, NE 68508-1911 | U.S. Department of Education<br>ECSI Federal Perkins Loan Servicer<br>PO Box 105765<br>Atlanta, GA 30348-5765 | U.S. Department of Justice<br>Tax Division, CTS Eastern Reg.<br>P.O. Box 227<br>Ben Franklin Station<br>Washington, DC 20044-0227 |
| US Department of Education<br>c/o Nelnet<br>121 South 13th Street, Suite 201<br>Lincoln, NE 68508-1911 | UT Veterinary Clinic<br>2407 River Drive<br>Knoxville, TN 37996-4539 | United States Attorney's Office<br>Howard H. Baker Jr. U.S. Courthouse<br>800 Market Street, Suite 211<br>Knoxville, TN 37902-2342 |
| United States Trustee<br>800 Market Street, Suite 114<br>Howard H. Baker Jr. U.S. Courthouse<br>Knoxville, TN 37902-2303 | Vantage Finance<br>4701 Clinton Hwy<br>Knoxville, TN 37912-3935 | Christopher Wallace Speers<br>8513 Coppock Road<br>Corryton, TN 37721-2707 |
| Gwendolyn M Kerney<br>Chapter 13 Trustee<br>P. O. Box 228<br>Knoxville, TN 37901-0228 | Heather Ann Speers<br>8513 Coppock Road<br>Corryton, TN 37721-2707 | Zachary S. Burroughs<br>Clark & Washington, LLC<br>408 S. Northshore Drive<br>Knoxville, TN 37919-7542 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Portfolio Recovery<br>Riverside Commerce Center<br>120 Corporate Drive<br>Norfolk, VA 23502 | (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | End of Label Matrix<br>Mailable recipients   50<br>Bypassed recipients    0<br>Total                  50 |