**SO ORDERED.**
**SIGNED this 2nd day of January, 2019**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

IN RE:    Christopher Wallace Speers                          #17-31638-SHB
         8513 Coppock Road
         Corryton, TN  37721
         **SS#: xxx-xx-0013**                                  Chapter 13

         Heather Ann Speers
         **SS#: xxx-xx-2498**

## ORDER VACATING IRS REFUND ORDER

**ORDERED** that the order entered in the above proceeding directing the Internal Revenue Service to transmit to the Chapter 13 Trustee any tax refunds to which the Debtor(s) may be entitled is hereby vacated.

# # #

APPROVED FOR ENTRY:

s/ Gwendolyn M. Kerney
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
P.O. Box 228
Knoxville, TN  37901
(865) 524-4995

cc:    Gwendolyn M. Kerney, Chapter 13 Trustee
       Internal Revenue Service
       Zachary S. Burroughs, Attorney for Debtor(s)
       CHRISTOPHER WALLACE SPEERS / HEATHER ANN SPEERS, DEBTOR(S)