**SO ORDERED.**
**SIGNED this 2nd day of January, 2019**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | Heather Ann Speers<br>8513 Coppock Road<br>Corryton, TN 37721<br>SS#: xxx-xx- 2498 | #17-31638-SHB<br><br>Chapter 13 |
| TO: | SERVEPRO % JAH Enterprises<br>8609 Ball Camp Pike<br>Knoxville, TN 37931 | Attn: Payroll Department |

**ORDER VACATING ORDER FOR DEDUCTIONS FROM DEBTOR'S WAGES**

For administration purposes, it is hereby **ORDERED** that the wage order issued to the above employer on or about 3/9/18 is hereby **VACATED** and the employer shall not remit any further funds from the debtor's wages to the Chapter 13 Trustee Office.

# # #

**APPROVED FOR ENTRY**:

s/ Gwendolyn M. Kerney
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
P.O. Box 228
Knoxville, TN 37901
(865) 524-4995

cc:   Attorney for Debtor(s)
      Employer